IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

JAY AIKEN,

    Plaintiff,

vs.

RALPH KEMP, Warden; CORRECTION
CORPORATION OF AMERICA; and
BRIAN OWENS, Commissioner, GDOC,

    Defendants.

CIVIL ACTION NO.: CV514-075

## ORDER

The captioned action was filed in the Waycross Division of this Court. Plaintiff's complaint concerns events occurring at Wheeler Correctional Facility in Alamo, Georgia. Wheeler County is located in the Dublin Division of this Court, and venue is proper there. Pursuant to Local Rule 2.1, this action is hereby transferred to the Dublin Division of this Court.

**SO ORDERED**, this 7 day of October, 2014.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)